United States District Court
for the District of New Jersey

_____ :
                                            :
**XEROX CORPORATION**                       :
                                            :   Civil No. 09-1426
         Plaintiff                          :
                                            :
         vs.                                :   Order of Reassignment
                                            :
**EAST ORANGE BOARD OF EDUCATION**          :
                                            :
         Defendant                          :
_____ :

It is on this 21st day of May 2009,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge Jose L. Linares.

       S/Garrett E. Brown, Jr.
       Garrett E. Brown, Jr., Chief Judge
       United States District Court