

**DLA PIPER**

DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
www.dlapiper.com

Joseph Kernen
joseph.kernen@dlapiper.com
T  215.656.3345
F  215.606.3345

### ORDER ON ORAL MOTION

November 19, 2009
VIA FACSIMILE (973) 645 3641

The Honorable Claire C. Cecchi
U.S. Magistrate Judge
United States District Court for the District of New Jersey
MLK, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

SO ORDERED
s/Claire C. Cecchi
_____
Claire C. Cecchi, U.S.M.J.

Date: November 20, 2009

RE:  **Xerox Corporation v. East Orange Board of Education**
     **Civil Action No.: 09-1426 (JLL-CCC)**
     **Plaintiff's Request for Extension to Respond to Discovery**

Dear Judge Cecchi:

We represent the Plaintiff, Xerox Corporation ("Xerox"), in the above-referenced matter. Pursuant to the direction of your Judicial Assistant, Dina Dagget, we submit this letter to request a short extension of time to respond to the interrogatories and requests for documents served by the Defendant, the East Orange Board of Education ("the Board"). The Board's counsel, Stefani C. Schwartz, Esq., has consented to the requested extension and our newly-proposed date for responses.

By way of background, Your Honor presided over a Scheduling Conference on September 24, 2009. Following that conference, on October 2, 2009, Your Honor entered a Pretrial Scheduling Order And Order On Oral Motion ("the Order"). The Order required Xerox to respond to the Board's discovery demands by Monday, November 23, 2009.

Xerox has and continues to compile information in response to the Board's discovery. However, we believe additional time is necessary to finalize Xerox's responses. Due to the short week next week in light of Thanksgiving and because a key Xerox employee will be on leave from tomorrow until Monday, November 30th with limited availability, we sought Ms. Schwartz's consent to an extension of the due date for Xerox's responses from Monday, November 23rd to Friday, December 4th. On behalf of the Board, Ms. Schwartz graciously consented.

Xerox has not yet sought such an extension, and the Board is in the process of bringing Third Party Defendants into this matter. As such, we respectfully submit that the requested extension will neither prejudice any party nor disrupt the progress of discovery or these proceedings.

We thank you for your consideration of this request.

Respectfully submitted,

DLA Piper LLP (US)

*Joseph Kernen/sc*

Joseph Kernen
Partner

*The deadline for Xerox to respond to Defendant's interrogatories and requests for documents is hereby extended to December 4, 2009.*

Admitted to practice in New Jersey and Pennsylvania

cc:   Ms. Stefani Schwartz, Esq.